**UNITED STATES v. ROSA MARIA SOTO-ORTIZ**
**07CR3104-LAB**

# LIST OF EXHIBIT

Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Grand Jury Transcripts (1/11/07)

Exhibit B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Grand Jury Transcripts