**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
jodi_thorp@fd.org

Attorneys for Ms. Soto

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3104-LAB |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| **ROSA MARIA SOTO-ORTIZ**, | |
| Defendant. | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    **CARLOS AGUELLO, AssistantUnited States Attorney's**
Carlos.Arguello2@usdoj.gov efile.dkt.crim@usdoj.gov

Dated: November 26, 2007

      *s/ Jodi D. Thorp*
**JODI D. THORP**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: jodi_thorp@fd.org