UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3104LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| HECTOR PERALTA-RAMIREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of a MOTION IN RESPONSE AND OPPOSITION on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    Attorney David L. Baker

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 13, 2007

s/ Carlos Arguello
CARLOS ARGUELLO