UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Hector Barrera-Bacerra (1) et al. <br><br> Defendant(s) | CRIMINAL NO. 07CR3104 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District / Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Olivia Sanchez - Chaparro

DATED: 12/13/07

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk

CLERK'S OFFICE COPY            ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95