```
THOMAS G. GILMORE, ESQ.
State Bar No. 91984
LAW OFFICES OF THOMAS G. GILMORE
3232 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92103
(619) 426-4444
```

Attorney for Material Witness

FILED
MAY 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jose Ramon BARRERA-Beccera, et al, <br><br> Defendants. | CASE NO. 07CR3104 LAB <br> 07MJ8891 <br><br> ORDER RELEASING <br> MATERIAL WITNESS |

On application of Thomas G. Gilmore, attorney for the material witnesses,

IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witness be released from custody (Case disposed):

Ursino VASQUEZ-Ambrosio, DOB: 11/9/60, Location: GEO

DATED: 5-1-08

UNITED STATES DISTRICT COURT JUDGE

Approved as to form:

United States Attorney

by: _____ for Carlos Arguello
    Assistant U.S. Attorney

1