# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
             vs )

Rosa Maria Soto - Ortiz (3) )

CASE NUMBER _07cr 3104 - LAB_

ABSTRACT OF ORDER

Booking No. _01713298_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____8/13/08_____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____✓_____ Other. _Probation 5 years)._

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

OR

W. SAMUEL HAMRICK, JR. Clerk
by

Deputy Clerk    T. WASHAM

Received _____ DUSM

✦ U.S. GPO: 1996-783-398/40151

CLERKS' COPY